UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20310-CIV-SEITZ/O'SULLIVAN

VICTOR MARIO SOTO ARIAS, et al., and others
similarly situated,

    Plaintiffs,

v.

SOLIMAR CONDOMINIUM ASSOCIATIONS, INC., et al.,

    Defendants.
_____/

### ORDER

THIS MATTER comes before the Court on the Defendants' Motion to Strike Plaintiffs' Discovery Requests (DE # 8, 3/5/09). Having reviewed the applicable filings and law, it is

ORDERED AND ADJUDGED that the Defendants' Motion to Strike Plaintiffs' Discovery Requests (DE # 8, 3/5/09) is GRANTED. The plaintiff may seek discovery after the parties have conferred pursuant to F.R.C.P. 26(f).

DONE AND ORDERED, in Chambers, at Miami, Florida, this 13th day of March, 2009.

                                                          JOHN J. O'SULLIVAN
                                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All Counsel of Record