UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20310-CIV-SEITZ/O'SULLIVAN

VICTOR MARIO SOTO ARIAS, et al., and others
similarly situated,

    Plaintiffs,

v.

SOLIMAR CONDOMINIUM ASSOCIATIONS, INC., et al.,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the defendant Better Maintenance Service, Inc.'s Motion to Strike Plaintiffs' Discovery Requests (DE # 22, 4/6/09). Having reviewed the applicable filings and law, it is

ORDERED AND ADJUDGED that the defendant Better Maintenance Service, Inc.'s Motion to Strike Plaintiffs' Discovery Requests (DE # 22, 4/6/09) is **GRANTED**. The plaintiff may seek discovery after the parties have conferred pursuant to F.R.C.P. 26(f).

DONE AND ORDERED, in Chambers, at Miami, Florida, this **9th** day of April, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All Counsel of Record